UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-475-RJC

| STACY MICHELLE O'QUINN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on review of Plaintiff's Complaint, filed on September 22, 2011, challenging a final decision of the Commissioner of Social Security. (Doc. No. 1).

A review of Plaintiff's Complaint reveals that Plaintiff resides in Cabarrus County, which is in the Middle District of North Carolina. The statute granting jurisdiction to the federal courts to review final decisions of the Commissioner of Social Security unambiguously establishes venue for such cases. In 42 U.S.C. § 405(g), Congress provided that actions brought to review a denial of benefits under the Social Security Act shall be brought "in the district court of the United States for the judicial district in which the plaintiff resides, or has his principal place of business, or, if he does not reside or have his principal place of business within any such judicial district, in the United States District Court for the District of Columbia."

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint, (Doc. No. 1), is TRANSFERRED to the federal District Court for the Middle District of North Carolina.

Signed: September 30, 2011

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge